IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISIONS

| | | |
|---|---|---|
| JAMES E., | § | |
|    PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:18-CV-01021-N-BK |
| | § | |
| ANDREW M. SAUL, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
|    DEFENDANT. | § | |

## ORDER ACCEPTING FINDINGS, RECOMMENDATIONS, AND CONCLUSIONS OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 24th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE